IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICHARD CORDELL TOLBERT, : | |
| Plaintiff : | |
| v. : | CASE NO. 7:05-CV-96 (HL) |
| Warden J. DARRELL HART, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 12) filed December 2, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

Two objections to the Magistrate Judge's Recommendation were filed by the Plaintiff (Docs. 16 and 19) on December 12, 2005 and January 11, 2006 respectively. These objections have also been carefully read and considered and are found to be without merit.

**SO ORDERED,** this the 27th day of February, 2006.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court