IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICHARD CORDELL TOLBERT, | : |
| Plaintiff | : |
| VS. | :     7 : 05-CV-96 (HL) |
| Warden J. DARRELL HART and Warden BARROWS, | : |
| Defendants. | : |

**ORDER**

Presently pending in this § 1983 action is the plaintiff's "Motion for Frivolity Review" and Motion to Strike. The plaintiff apparently filed these motions in response to the defendants' answer and defenses therein, and in a further attempt to maintain certain claims identified in his original complaint. To the extent that the plaintiff seeks to have certain defenses stricken from the defendants' answer, the court finds no basis therefore and his motion is to this extent **DENIED**.

On December 2, 2005, the undersigned recommended that certain of plaintiff's claims and defendants, as set forth in his original and amended complaints, as well as in his various motions attempting to supplement or clarify his claims, be dismissed. In his "Motion for Frivolity Review", the plaintiff apparently asks that the court revisit its initial determinations regarding certain claims, without any additional information or clarification. Said motion is hereby **DENIED**, inasmuch as the undersigned has already fully considered the claims set forth in plaintiff's complaint and the recommendation regarding same has been adopted by the district

judge to whom this matter is assigned.

**SO ORDERED**, this 8th day of June, 2006.

        /s ***Richard L. Hodge***
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb