IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RICHARD CORDELL TOLBERT,      :

         Plaintiff           :

      VS.                :      **7 : 05-CV-96 (HL)**

Warden J. DARRELL HART and
Warden BARROWS,        :

         Defendants.      :

**RECOMMENDATION**

Presently pending in this § 1983 action is the plaintiff's Motion for Default Judgment.  Plaintiff filed this action in August 2005, and service of defendants Hart and Barrows was ordered on December 2, 2005.  The plaintiff filed his Motion for Default Judgment on January 11, 2006, asking for the entry of default against the defendants based on the passage of thirty (30) days with no response or answer filed on their behalf.   Defense counsel filed a notice of attorney  appearance on behalf of the defendants on January 17, 2006, and filed waivers of service on January 26, 2006 on behalf of both defendants. Answers were filed on February 1, 2006.

The waivers of service filed on January 26, 2006, provided the defendants sixty (60) days after December 6, 2005, to file answers or motions under Rule 12.  Inasmuch as the defendants' answers were clearly filed prior to this deadline, plaintiff's Motion for Default Judgment is without merit and it is recommended that same be **DENIED**.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 8th day of June, 2006.

/s/ ***Richard L. Hodge***
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE