**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **RICHARD CORDELL TOLBERT,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO.  7:05-CV-96 (HL)** |
| | : | |
| | : | |
| **Warden J. DARRELL HART and, Warden BARROWS,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 28) filed June 8,  2006  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allotted.

**SO ORDERED,** this the 30th day of June, 2006.

**s/ Hugh Lawson**
**HUGH LAWSON, Judge**
**United States District Court**