**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **RICHARD CORDELL TOLBERT,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE** |
| **VS.** | : | **NO.  7:05-CV-96(HL)** |
| | : | |
| **Warden HART, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER TO SHOW CAUSE**

On June 23, 2006, mail earlier sent to the plaintiff at his last known address, the Fulton

County Jail, was returned to the court bearing the legend that plaintiff was "not at facility."

Again, on July 14, 2006, additional mail earlier sent to plaintiff at the same address was

returned to the court, another indication that plaintiff was no longer incarcerated in that Jail.[1]

The order entered herein by the court on December 2, 2005, sanctioning this matter to go

forward advised that, "[d]uring the pendency of this action, each party shall at all times keep the

clerk of this court and all opposing attorneys and/or parties advised of his current address.

Failure to promptly advise the Clerk of any change of address may result in the dismissal of a

parties pleadings filed herein."  In view of the above and foregoing the plaintiff is hereby

**ORDERED** and **DIRECTED** to show cause on or before the close of business on Thursday,

August 31, 2006, why his complaint should not be dismissed for his failure to obey an order of

---

[1]Until recently plaintiff had two more cases in the same posture.  In Tolbert v.Peete, et
al., 7:05-cv-111(HL) (M.D. Ga.) the court adopted a recommendation of dismissal for the same
reason on July 27, 2006 (doc. # 19).  On August 9, 2006, the undersigned entered a show cause
order similar to this one in Tolbert v. Roberts, 1:04-cv-72(WLS)(M.D. Ga.) (Doc. # 51).

this court and keep the court advised of his current address.

       SO ORDERED, this 10th day of August 2006.

                                      */s/ Richard L. Hodge*
                                      RICHARD L. HODGE
                                      UNITED STATES MAGISTRATE JUDGE