IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |
|---|---|
| **RICHARD CORDELL TOLBERT,** | : |
| **Plaintiff,** | : |
| VS. | : CIVIL ACTION FILE<br>: NO. 7:05-CV-96(HL) |
| **Warden HART, et al.,** | : |
| **Defendants.** | : |

### RECOMMENDATION OF DISMISSAL

On June 23, 2006, mail earlier sent to the plaintiff at his last known address, the Fulton County Jail, was returned to the court bearing the legend that plaintiff was "not at facility" (doc. 29) Again, on July 14, 2006, additional mail earlier sent to plaintiff at the same address was returned to the court, another indication that plaintiff was no longer incarcerated in that Jail (doc. 31).[1] The last contact initiated by the plaintiff herein occurred on February 7, 2006, when he filed a motion to strike (doc. 25)

The order entered herein by the court on December 2, 2005, sanctioning this matter to go forward advised that, "[d]uring the pendency of this action, each party shall at all times keep the clerk of this court and all opposing attorneys and/or parties advised of his current address. Failure to promptly advise the Clerk of any change of address may result in the dismissal of a

---

[1] Until recently plaintiff had two more cases in the same posture. In Tolbert v.Peete, et al., 7:05-cv-111(HL) (M.D. Ga.) the court adopted a recommendation of dismissal for the same reason on July 27, 2006 (doc. # 19). On August 9, 2006, the undersigned entered a show cause order similar to this one in Tolbert v. Roberts, 1:04-cv-72(WLS)(M.D. Ga.) (Doc. # 51). On September 12, 2006, the undersigned recommended dismissal of the complaint in 1:04-cv-72(WLS) as well.

parties pleadings filed herein" (doc. 13).

In view of the above events the undersigned, on August 10, 2006, ordered plaintiff to show cause by August 31, 2006,  why his complaint should not be dismissed for his failure to keep the court informed of his current address at all time during the pendency of this action (doc. 32).  On August 23 2006, plaintiff's service copy of the order to show cause was returned to the Office of the Clerk as the plaintiff is no longer residing in the Fulton County Jail (doc. 33).

The above recited chronology of events causes one to speculate that plaintiff's apparent taste of freedom has dimmed his ardor to pursue his cases in this court.  He was previously warned that his failure to keep the court advised of his current address at all times during the pendency of this matter could lead to the dismissal of his complaint.  The undersigned sees no other reasonable alternative.  Accordingly for the reasons set out above it is the **RECOMMENDATION** of the undersigned that plaintiff's complaint be **DISMISSED** for his failure to keep the court advised of his current address. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 12th  day of September 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE