IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICHARD CORDELL TOLBERT, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:05-CV-96(HL) |
| Warden HART, et al, | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 34) filed September 12, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allotted.

**SO ORDERED,** this the 4th day of October, 2006.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court